# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

KATHERINE BROOKS,

    Plaintiff,

                                                  CASE NO. 5:17-cv-173-MMH-PRL

v.

COMENITY LLC d/b/a COMENITY BANK

    Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, KATHERINE BROOKS, and COMENITY LLC d/b/a COMENITY BANK, hereby stipulate the dismissal with prejudice of the lawsuit against Defendant, COMENITY LLC d/b/a COMENITY BANK. The parties further stipulate that each shall be responsible for bearing their own expenses, costs of litigation and attorney's fees.

Dated: June 8, 2018

| | |
|---|---|
| *s/ Seth M. Lehrman* | */s/ Charles J. McHale* |
| Seth M. Lehrman (Fla. Bar No. 132896) | Charles J. McHale (Fla. Bar No. 0026555) |
| Email: seth@pathtojustice.com | E-mail: cmchale@gsgfirm.com |
| FARMER, JAFFE, WEISSING, | Dale T. Golden (Fla. Bar No. 0094080) |
| EDWARDS, FISTOS & LEHRMAN, P.L. | E-mail: dgolden@gsgfirm.com |
| 425 North Andrews Avenue, Suite 2 | GOLDEN SCAZ GAGAIN, PLLC |
| Fort Lauderdale, FL 33301 | 201 N. Armenia Ave. |
| Telephone: (954) 524-2820 | Tampa, FL 33609-2303 |
| Facsimile: (954) 524-2822 | Telephone: (813) 251-5500 |
| | Facsimile: (813) 251-3675 |
| *Attorney for Plaintiff* | |
| | *Attorneys for Defendant* |